IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA    *
                            *
        v.                  *    CR 612-016
                            *
BETTY SAXON                 *

### O R D E R

Upon consideration of Defendant Betty Saxon's motion to reduce her monthly restitution payments due to financial hardship, and with the consent of the Government, the motion (doc. 25) is **GRANTED**. The restitution payment is hereby reduced from $200/month to $30/month. <u>See</u> 18 U.S.C. § 3664(k).

**ORDER ENTERED** at Augusta, Georgia, this _10th_ day of July, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA